

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 15, 2022

2022-2091 - KOSS Corporation v. Apple Inc.

# NOTICE OF NON-COMPLIANCE

Your submitted document (Entry of Appearance) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The form is incomplete. All items must provide an answer or include "none" or "N/A" where appropriate. Fed. Cir. R. 47.3(b)(6).

  *[Clerk's Note: See "Party Information" field.]*

- The case number on the document is incorrect. Fed. R. App. P. 32(a)(2)(A); Fed. R. App. P. 32(c)(2)(A).

  *[Clerk's Note: See Notice of Docketing at ECF No. 1 for Federal Circuit Docket Number.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's

failure to cure a defective filing may also result in the dismissal of the appeal.

                    FOR THE COURT

                    <u>/s/ Peter R. Marksteiner</u>
                    Peter R. Marksteiner
                    Clerk of Court
                    By: A. Kleydman, Deputy Clerk