FORM 8A. Entry of Appearance                                                Form 8A (p.1)
                                                                              July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2022-2091

**Short Case Caption:** KOSS Corporation v. Apple Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Koss Corporation | |
|---|---|
| **Principal Counsel:** Mark G. Knedeisen | Admission Date: 08/05/03 |
| Firm/Agency/Org.: K&L Gates LLP | |
| Address: 210 Sixth Avenue, Pittsburgh, PA  15222-2613 | |
| Phone: 412-355-6500 | Email: mark.knedeisen@klgates.com |
| **Other Counsel:** Christopher M. Verdini | Admission Date: 05/28/14 |
| Firm/Agency/Org.: K&L Gates LLP | |
| Address: 210 Sixth Avenue, Pittsburgh, PA  15222-2613 | |
| Phone: 412-355-6500 | Email: christopher.verdini@klgates.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/15/22                    Signature: /s/ Christopher M. Verdini

                                 Name:      Christopher M. Verdini

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Michelle Weaver | Admission Date: 08/08/22 |
|---|---|
| Firm/Agency/Org.: K&L Gates LLP | |
| Address: 210 Sixth Avenue, Pittsburgh, PA  15222-2613 | |
| Phone: 412-355-6500 | Email: michelle.weaver@klgates.com |
| **Other Counsel:** Ragae Ghabrial | Admission Date: 08/09/22 |
| Firm/Agency/Org.: K&L Gates LLP | |
| Address: 210 Sixth Avenue, Pittsburgh, PA  15222-2613 | |
| Phone: 412-355-6500 | Email: ragae.ghabrial@klgates.com |
| **Other Counsel:** Brian P. Bozzo | Admission Date: 08/09/22 |
| Firm/Agency/Org.: K&L Gates LLP | |
| Address: 210 Sixth Avenue, Pittsburgh, PA  15222-2613 | |
| Phone: 412-355-6500 | Email: brian.bozzo@klgates.com |
| **Other Counsel:** Laurén Murray | Admission Date: 08/09/22 |
| Firm/Agency/Org.: K&L Gates LLP | |
| Address: 210 Sixth Avenue, Pittsburgh, PA  15222-2613 | |
| Phone: 412-355-6500 | Email: lauren.murray@klgates.com |
| **Other Counsel:** N/A | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |