NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KOSS CORPORATION,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

2022-2091, 2022-2115

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00305 and IPR2021-00381.

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for both of the appeals. The revised

official caption is reflected above.  The Certified Lists are due September 20, 2022.

FOR THE COURT

August 18, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court