NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KOSS CORPORATION,**
*Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office**
*Intervenor*

2022-2091, 2022-2115

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00305 and IPR2021-00381.

**O R D E R**

Upon consideration of the notice of intervention, ECF No. 13,

IT IS ORDERED THAT:

(1) The revised official caption and revised short caption are reflected above.

(2) The intervenor is directed to file a docketing statement no later than 14 days from the date of filing of this order.

FOR THE COURT

September 27, 2022          /s/ Peter R. Marksteiner
        Date                Peter R. Marksteiner
                            Clerk of Court