NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KOSS CORPORATION,**
*Appellant*

v.

**BOSE CORPORATION,**
*Appellee*

---

2022-2090

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00297.

-------------------------------------------------

**KOSS CORPORATION,**
*Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor-Intervenor*

---

2022-2091, 2022-2115

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00305 and IPR2021-00381.

---

**KOSS CORPORATION,**
*Appellant*

**v.**

**BOSE CORPORATION,**
*Cross-Appellant*

---

2023-1173, 2023-1179, 2023-1180, 2023-1191

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00680 and IPR2021-00612.

---

PER CURIAM.

# O R D E R

Upon consideration of the above-captioned related cases, which involve patents sharing a common specification and the assertion of overlapping prior art,

IT IS ORDERED THAT:

The above-captioned appeals shall be treated as companion cases and assigned to the same merits panel.

FOR THE COURT

December 20, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court