| | |
|---|---|
| **FORM 9A.** Notice of Related Case Information | **Form 9A (p. 1)**<br>**March 2023** |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 2022-2091, -2115

**Short Case Caption** Koss Corporation v. Vidal

**Filing Party/Entity** Koss Corporation

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Apple Inc. v. Koss Corp., IPR2021-00305 (P.T.A.B.)
Apple Inc. v. Koss Corp., IPR2021-00381 (P.T.A.B.)

Koss Corp. v. PEAG LLC d/b/a JLab Audio, Case 3:21-cv-01177 (S.D. Cal.)
Koss Corp. v. Bose Corp., Case 1:20-cv-12193 (D. Mass.)
Koss Corp. v. Skullcandy Inc., Case 2:21-cv-00203 (D. Utah)
Koss Corp. v. Plantronics, Inc., Case 4:21-cv-03854 (N.D. Cal.)

Koss Corp. v. Bose Corp., Nos. 2023-1173, 2023-1179, 2023-1180, 2023-1191 (Fed. Cir.)
Koss Corp. v. Bose Corp., No. 2022-2090 (Fed. Cir.)

☐ Additional pages attached

FORM 9A. Notice of Related Case Information Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Bose Corporation
> Koss Corporation
> PEAG LLC d/b/a JLab Audio
> Plantronics Inc.
> Polycom, LLC
> Skullcandy Inc.
> Katherine K. Vidal (Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office)

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> (See Attachment)

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/27/2024 Signature: /s/ Mark G. Knedeisen

 Name: Mark G. Knedeisen

**Attachment to Form 9A: Notice of Related Case Information**

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

- J. Lorenzo Law: Ryan James Altomare

- K&L Gates LLP: John Blessington, Brian Bozzo, Brandon Dillman, Ragae Ghabrial, Darlene Ghavimi, Erik Halverson, Melissa Haulcomb, Mark Knedeisen, Philip Kunz, Laurén Shuttleworth Murray, James Shimota, Michelle Weaver

- Ray Quinney & Nebeker PC: Michael Erickson

- Traskbritt PC: J. Jeffrey Gunn, James Watson

- Winston & Strawn LLP: Katrina Gallagher Eash, Kelly Hunsaker, Samantha Maxfield Lerner, James Ching-I Lin, Eimeric Reig-Plessis

- Wolf, Greenfield & Sacks, PC: Michael Rader, Nathan Speed, Gregory Nieberg

- U.S. Patent and Trademark Office: Katherine K. Vidal